**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
NAJMA IBNTALAL, A.L.M.,

              Plaintiff,

      - against -

THE STATE OF NEW YORK,

              Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV 22-1165 (JMA) (JMW)

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 30, 2022; *sua sponte* dismissing the amended complaint pursuant to 28 U.S.C § 1915(e)(2)(B); granting plaintiff thirty (30) days to file a second amended complaint; and denying *in forma pauperis* status for the purpose of any appeal; and the plaintiff having failed to file a second amended complaint, it is

**ORDERED AND ADJUDGED** that Plaintiff Najma Ibntalal take nothing of Defendant The State of New York; that the amended complaint is *sua sponte* dismissed pursuant to 28 U.S.C § 1915(e)(2)(B); that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is closed.

Dated: November 16, 2022
       Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                    CLERK OF THE COURT

                                                    BY:   /S/ JAMES J. TORITTO
                                                               DEPUTY CLERK